**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**Civil Case NO. 6:26-cv-00250-KKC**

**USA WASTE AND RECYCLING, INC.**

**and**

**AMERICAN LAND RESERVE, LLC** **PLAINTIFFS,**

**vs.**

**PIKE COUNTY, KENTUCKY and**

**PIKE COUNTY FISCAL COURT** **DEFENDANTS.**

---

## DEFENDANTS' MOTION TO DISMISS

---

Defendants Pike County, Kentucky, and Pike County Fiscal Court move to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(c), and 12(h)(3). As set for the in the attached memorandum, Defendants request dismissal of all claims barred by sovereign or governmental immunity, dismissal of the federal claims for failure to state a claim, and dismissal without prejudice of the remaining Kentucky-law claims under 28 U.S.C. § 1367(c).

Defendants further move for dismissal on the alternative grounds preserved in their Answer and Affirmative Defenses, including lack of a protected property interest, lack of an underlying constitutional violation, lack of an enforceable franchise, governmental immunity, lack of lawful authority, ultra vires action, revocation, rescission, illegality, and failure to satisfy mandatory governmental procedures.

**PORTER, BANKS, BALDWIN & SHAW, PLLC**
327 Main Street, PO Drawer 1767
Paintsville, Kentucky 41240-1767
Telephone: (606) 789-3747
Facsimile: (606) 789-9862
Email: jshaw@psbb-law.com

*/s/Jonathan C. Shaw*____________
JONATHAN C. SHAW
*Counsel for Defendants, PIKE COUNTY, KENTUCKY and PIKE COUNTY FISCAL COURT*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

David J. Guarnieri (KBA #86522)
Mitchel T. Denham (KBA # 899815)
Scott A. Schuette (KBA #98591)
McBRAYER, PLLC
201 E. Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 231-8780
dguarnieri@mcbrayerfirm.com
mdenham@mcbrayerfirm.com
sschuette@mcbrayerfirm.com
*Counsel for Plaintiffs*

*/s/Jonathan C. Shaw*____________
JONATHAN C. SHAW