**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**Civil Case NO. 6:26-cv-00250-KKC**

**USA WASTE AND RECYCLING, INC.**

**and**

**AMERICAN LAND RESERVE, LLC** **PLAINTIFFS,**

**vs.**

**PIKE COUNTY, KENTUCKY and**

**PIKE COUNTY FISCAL COURT** **DEFENDANTS.**

---

**PROPOSED ORDER**

---

Defendants Pike County, Kentucky, and Pike County Fiscal Court having moved the Court for dismissal of the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(c), and 12(h)(3)., and the Court finding that there is no genuine issue as to any material fact and that the Defendants are entitled to dismissal as a matter of law.

IT IS THEREFORE ORDERED that all federal claims of the Plaintiff against the Defendant be, and they are hereby DISMISSED, with prejudice, at the cost of the Plaintiff. The Court elects not to exercise supplemental jurisdiction over any state law claims and dismiss those without prejudice.

This ____ day of ________________, 2026.

______________________________
JUDGE, U. S. DISTRICT COURT