PLAINTIFF'S EXHIBIT 1

APPALACHIAN NEWS-EXPRESS

# CLASSIFIEDS

**Contact: Deborah Chambers**
**Phone: 606-437-4054**
**Email: classads@news-expressky.com**
**Mail: PO Box 802 · Pikeville, KY 41502**
**Fax: 606-437-4246**

PRE-PAY AND SAVE!

ALL MAJOR CREDIT CARDS ACCEPTED! VISA DISCOVER

**Deadlines:**
Tuesday-Thursday Edition: Monday @ 11AM
Weekend Edition: Thursday @ 10AM
*Deadlines are same for placing, changing or stopping ad. No changes for cancellations can be made after deadlines.*



## To Our Readers

**PLEASE CHECK YOUR AD**
Please read your ad the first day it appears in the newspaper. Report any errors immediately and we will gladly correct any errors published. Credit will be issued for one (1) day only. After the first day the ad can be corrected for the remaining number of runs, but credit will not be issued for days ad ran incorrectly.

**POLICIES**
The Appalachian News-Express reserves the right to edit, properly classify, cancel or decline any ad. We will not knowingly accept advertising that discriminates on the basis of sex, age, religion, race, national origin or physical disability.

**PUBLISHER'S NOTICE**
[illegible] intention to make [illegible] law. Our readers are [illegible] advertised in this [illegible]

## Legals

**NOTICE OF SALE COMMONWEALTH OF KENTUCKY PIKE CIRCUIT COURT DIVISION I ACTION NO.: 23-CI-01089**
Independent Capital Holdings LLC
PLAINTIFF
VS.
Timothy Bartley, Unknown Spouse, if any, of Timothy Bartley, Laurie Anne Bartley, Unknown Spouse, If Any of Laurie Anne Bartley, Commonwealth of Kentucky, County of Pike,
DEFENDANTS
By virtue of Judgment and Order for Sale, of the Pike Circuit Court, entered July 25, 2024, I shall proceed to offer for sale, at the door of the Pike County Courthouse, at Pikeville, Pike County, Kentucky, to the highest bidder at public auction on Wednesday, October 22, 2025, at the hour of 9:00 a.m., or thereabout, on the following terms: at the time of sale, the successful bidder(s) shall pay cash or make a deposit of 10%, with the balance payable within 30 days, except that the deposit shall be waived if the first lien holder is the successful bidder; any other purchaser who does not pay cash in full, shall be required to execute a bond to secure the unpaid balance of the purchase price, in accordance with KRS 426.705 the bond shall bear interest at the rate the judgment bears from the date of the sale until paid, and shall have the same force and effect as a Judgment and shall remain and be a lien on the property until paid; the successful bidder shall have the privilege of paying all of the balance of the purchase price prior the expiration of the thirty (30) day period, the following described real estate along which is being sold for enforcement of liens in the amount of $8,081.98, plus interest, fees and cost, owed to Plaintiff, by Defendants, Timothy Bartley and Laurie Anne Bartley, said real estate being located in Pike County, Kentucky, and in accordance with Master Commissioner Administrative Procedures Part IV, is described as follows:
Property Address: Justiceville; MAP ID: 082-40-02-013.00
Being the same property conveyed to Timothy Bartley and Laurie Anne Bartley from Emey Rogers and Patsy Lou Rogers, by Deed dated October 21, 2010, recorded in Deed Book 966, Page 329 and Office of the Pike County Clerk.
The purchaser at the commissioner's sale shall take real estate free and clear of the claims of the parties to this action but it shall be sold subject to: Easements, restrictions, stipulations, any matters disclosed by an accurate survey or inspection of the property, any right of redemption, current year taxes, and any assessments for public improvements levied against the property.
Bidders will have to comply promptly with these terms.
Any announcements made by the Master Commissioner on date of sale shall take precedence over printed matter contained herein.
This the 5th day of September 2025.
**Stephen L. Hogg**
**Master Commissioner**
**P.O. Box 734**
**Pikeville, KY 41501**
**pikemaster commissioner @gmail.com**

**NOTICE OF SALE COMMONWEALTH OF KENTUCKY PIKE CIRCUIT COURT DIVISION II ACTION NO.: 25-CI-00908**
Kentucky Housing Corporation
PLAINTIFF
VS
Jonathan Justus, Portfolio Recovery Associates, LLC, FIA Card Services, N.A., [illegible] and Chase Bank USA
DEFENDANTS
By virtue of Judgment and Order for Sale, of the Pike Circuit Court, entered on the 10th day of July, 2025, I shall proceed to offer for sale, at the door of the Pike County Courthouse, at Pikeville, Pike County, Kentucky, to the highest bidder at public auction on Wednesday, October 22, 2025, at the hour of 9:00 a.m., or thereabout, on the following terms: at the time of sale, the successful bidder(s) shall pay cash or make a deposit of 10%, with the balance payable within 30 days, except that the deposit shall be waived if the first lien holder is the successful bidder; any other purchaser who does not pay cash in full, shall be required to execute a bond, to secure the unpaid balance of the purchase price, in accordance with KRS 426.705 the bond shall bear interest at the rate the judgment bears from the date of the sale until paid, and shall have the same force and effect as a Judgment and shall remain and be a lien on the property until paid; the successful bidder shall have the privilege of paying all of the balance of the purchase price prior the expiration of the thirty (30) day period, the following described real estate along which is being sold for enforcement of liens in the amount of [illegible], plus interest at a rate of 7.00% from [illegible], fees and cost, owed to Plaintiff, by Defendant, Jonathan Justus, said real estate being located in Pike County, Kentucky, and in accordance with Master Commissioner Administrative Procedures Part IV, is described as follows:
Property address: 22099 [illegible] Mountain Mouth [illegible] Ky
MAP# 175-00-00-132.00
Including a 2012 Clayton Manufactured Home VIN CLM092172TN
Being the same property conveyed to Jonathan Justus by Deed dated April 4, 2024 and recorded in Deed Book [illegible], Page 522, in the Office of the Pike County Clerk.
The purchaser at the commissioner's sale shall take real estate free and clear of the claims of the parties to this action but it shall be sold subject to: Easements, restrictions, stipulations, any matters disclosed by an accurate survey or inspection of the property, any right of redemption, current year taxes, and any assessments for public improvements levied against the property.
Bidders will have to comply promptly with these terms.
Any announcements made by the Master Commissioner on date of sale shall take precedence over printed matter contained herein.
This the 5th day of September 2025.
**Stephen L. Hogg**
**Master Commissioner**
**P.O. Box 734**
**Pikeville, KY 41501**
**pikemaster commissioner @gmail.com**

**ADVERTISEMENT FOR BID**
THE PIKE COUNTY FISCAL COURT IS ACCEPTING SEALED BIDS FOR THE PURCHASE OF THE FOLLOWING:
**ONE (1) 2026 ONE TON CREW CAB TRUCK**
BIDS WILL BE ACCEPTED UNTIL 2:00 P.M., LOCAL TIME, OCTOBER 21, 2025. THE METHOD OF AWARD WILL BE THE LOWEST EVALUATED BID. SPECIFICATIONS AND BID FORMS MAY BE OBTAINED MONDAY THROUGH FRIDAY FROM 8:00 A.M. TO 4:30 P.M., LOCAL TIME FROM [illegible], PURCHASING DIRECTOR, PIKE COUNTY COURTHOUSE, 146 MAIN STREET, PIKEVILLE, KENTUCKY, OR BY CALLING (606) [illegible]. BID FORMS MUST BE RETURNED TO CHRISTINE DAMRON, FISCAL COURT CLERK OF THE PIKE COUNTY FISCAL COURT, 146 MAIN STREET, PIKEVILLE, KY 41501.
THE BID OPENING WILL BE OCTOBER 21, 2025, AT 2:00 P.M., LOCAL TIME IN THE COURTROOM, LOCATED ON THE 2ND FLOOR OF THE PIKE COUNTY COURTHOUSE, 146 MAIN STREET, PIKEVILLE, KY (UNLESS OTHERWISE POSTED).
COUNTY BID FORMS MUST BE USED TO SUBMIT BIDS.
RAY S. JONES II
PIKE COUNTY JUDGE/EXECUTIVE

**PUBLIC NOTICE**
Notice is hereby given that Terry Trimble, 6702 Zebulon Hwy, Pikeville, KY 41501, has filed an application with the Energy and Environment Cabinet to armor stream bank damaged by flooding. The property is located at 6702 Zebulon Hwy, Pikeville, KY 41501. Approx. [illegible] miles from US 119 and Zebulon Hwy on Raccoon Creek.
Any comments or objections concerning this application shall be directed to Kentucky Division of Water, Floodplain Management Section, 300 Sewer Boulevard, Frankfort, Ky 40601, phone (502) 564-3410.

CARL D. PERKINS
Utilites Included in Rent
(heat, a/c, water, [illegible])
One Bedroom Apartment Homes
• 24-Hr Emergency Maintenance
• Controlled Access Entry • On Site Laundry
• Community Room • Social Activities
All apartments are newly renovated!
APARTMENTS AVAILABLE
Call Today! (606) 639-8280
TTY: 1-800-648-6056
[illegible] Pikeville, KY 41501

## Real Estate for Rent

Office Space For Rent Presently Medical Office, [illegible] sq ft. Possible to divide 1,000 or 2,000 sq ft, [illegible] Ample Parking, 2 Bathrooms, 2 kitchens, First Floor, 101 Hibbard St, Pikeville, KY 41501. 606-434-1740




86 MILLION AMERICANS
MAYBE EVEN YOU,
HAVE PREDIABETES.
PERSON-ABOUT-TO-FACT-CHECK-THIS-FACT.

**REQUEST FOR PROPOSAL FOR HOST COMMUNITY AGREEMENT**
Pike County, Kentucky

This document constitutes a Request for Proposals for one or more Host Community [illegible] below. [illegible]

**I. PROPOSAL CONTACT INFORMATION**

Proposals and questions may be submitted to:

Hon. Ray S. Jones II
County Judge/Executive
146 Main St, Pikeville, KY 41501
(606) 432-6247
[illegible]

**II. PURPOSE AND NEED**

[illegible]

**III. SITE REQUIREMENTS**

1. [illegible] Pike County [illegible]
2. Site(s) with a minimum [illegible] capacity for a minimum of twenty (20) years. While not required, preference given to [illegible]
3. The site(s) should [illegible] Pikeville, any recognizable commercial district or development [illegible]
4. Access to [illegible]

**IV. OPERATIONAL REQUIREMENTS**

1. [illegible] within 30 days of selection.
2. Must be prepared to submit [illegible] Host Community Agreement within [illegible] days of selection.
3. Must be capable of commencing construction within two (2) years from selection.
4. Must be capable of commencing waste disposal operations within [illegible]
5. Demonstrate experience and financial ability to operate for a minimum of 20 years [illegible] operation.
6. Demonstrate the ability to establish reasonable [illegible]
7. Meet the requirements of the Pike County Solid Waste Management Plan.
8. Meet the requirements of the Kentucky Department of Environmental Protection.
9. Any offered financial considerations or other benefits to the County are encouraged to be expressed [illegible]

**V. LICENSURE AND REGISTRATION REQUIREMENTS**

[illegible] Kentucky Department of Environmental Protection.

**VI. EVALUATION FACTORS**

- Best Offer [illegible] to the County, subject to the County's right to reject all proposals, accept one or multiple proposals [illegible] any requirements.
- Negotiations may be [illegible] to the County.

All [illegible] by 2 p.m. EST October 2[illegible], 2025.