PLAINTIFF'S EXHIBIT 2

October 21, 2025

Honorable Ray S. Jones, II
County Judge Executive
146 Main Street
Pikeville, KY 41501

**RE: Request for Proposal for Host Community Agreement**

Dear Honorable Ray S. Jones, II:

USA Waste and Recycling, Inc. (USA) is pleased to submit this response to Request for Proposal for Host Community Agreement (RFP) to Pike County (County).

USA is familiar with the services requested by the County. USA is very interested in providing these services and will work with the County to provide any other information that is needed to assist the County with this process.

USA has owned and operated solid waste and recycling facilities in Connecticut and Massachusetts for over 50 years. Each member of the management team has over 20 years of experience in managing, operating, and maintaining recycling and solid waste facilities. USA and affiliated companies own and operate over twenty solid waste/recycling facilities located in Connecticut and Massachusetts. USA has made many major investments in recycling infrastructure in the State of Connecticut; most recently USA's affiliate commissioned the largest single stream recycling facility in North America at its location in Berlin, CT. The All American MRF processes over 250,000 tons of single stream recycling per year. In addition, USA has made major investments in solar power and many of our sites, including Berlin, are powered by solar energy.

Please contact me at 860-559-8183 or fma@usarecycle.com or Jonathan Murray at jonathan@usarecycle.com for further information related to this response.

Sincerely,

Frank M. Antonacci
President and Chief Operating Officer

USA

RESPONSE TO REQUEST FOR PROPOSAL FOR HOST COMMUNITY AGREEMENT

Subject to a definitive, more detailed agreement, and applicable Kentucky law, USA Waste and Recycling, Inc., a Connecticut corporation, and its affiliates ("USA"), 555 Taylor Road, Enfield, CT, propose to form a new entity, NewCo, to enter into a host community and waste management services agreement with Pike County, Kentucky (the "County") as follows:

1. Respondent/Operator: NewCo, at its sole cost and as an independent, private endeavor will construct, operate, maintain, and manage a landfill site(s) within Pike County ("NewCo Landfill") according to local, state, and federal law, including, but not limited to, permitting, reporting, and continued compliance with the KY Department of Environmental Protection.

   USA is at the forefront of waste hauling and processing - innovating every step of the way as it works to find the best solutions for safe and efficient residential and commercial services. From developing the largest state-of-the-art recycling facility in the country, powering our buildings with solar energy, and fueling our trucks with all-American natural gas, USA is committed to our communities and the environment. With more than 50 years of experience, USA has expanded its footprint throughout New England. As USA has evolved, its commitment to the communities it serves continues to be at the heart of everything it does. Today, three generations of the Antonacci family are leading the company and its affiliates into the future, grounded in the following guiding principle: provide outstanding customer care and innovation delivered by highly trained, knowledgeable professionals. Please see Exhibit A for additional information about USA's best in class services and recycling infrastructure.

   USA owns and operates twenty (21) solid waste and recycling facilities in Connecticut and Massachusetts. These facilities include three (3) material recovery facilities ("MRFs"), four (4) construction and demolition ("C&D") recycling facilities, and fourteen (14) transfer stations (four (4) are rail served). One of the MRFs, the All American MRF, was fully upgraded in 2020 and is considered one of the largest and most technologically advanced facilities in North America. The facility was awarded Recycling Facility of the Year in 2023 by the National Waste and Recycling Association.

   Jonathan Murray, Director of Operations, will be the Project Manager for the proposed solid waste landfill located in Pike County. Mr. Murray has more than thirty (30) years of solid waste management industry experience, including 10+ years managing the operation of six (6) solid waste landfills. Please refer to Exhibit B for Mr. Murray's resume.

   Frank M. Antonacci, President and Chief Operating Officer of USA, will provide supervisory management for the project. Mr. Antonacci is a third-generation operator and principal of USA and has more than twenty (20) years of experience in the solid waste industry. Mr. Antonacci currently oversees USA's facilities and collection operations. Please refer to Exhibit C for Mr. Antonacci's resume.

2. Site/Landfill Construction/Operation. NewCo proposes to develop and construct a landfill at the following real property and premises more particularly shown on Exhibit D attached hereto, which real property is:

    a. A former coal mine site consisting of 1500 +/- acres.
    b. Approximately 23 miles from the annexed city limits of the City of Pikeville.
    c. Approximately 2500 feet from the nearest residential property, and not located in any densely populated or commercial area of the county.
    d. Serviced by major rail road operators with infrastructure largely in place.

3. Site Control. Through an option agreement with the current property owner, NewCo will shortly (within approximately thirty (30) days) have control of the proposed landfill(s) site(s). USA/NewCo is in the process of extensive engineering due diligence concerning the construction and operation of a landfill and any necessary environmental mitigation concerning the former coal mine site.

4. Solid Waste Management Plan. USA/NewCo proposes that the County amend its Solid Waste Management Plan ("SWMP") to:

    a. Allow for the construction and operation of a landfill as permitted by the Commonwealth of Kentucky comprising one or more related sites operating as one within the County limits on large surface and underground mine site track(s), to allow for ample capacity for at least 20 years' operation.

    b. Allow for the acceptance and disposal of waste generated both in-county and out-of-county.

5. Basic Terms and Conditions of Agreement. The County and NewCo would enter into a long-term contractual agreement (the "Host Agreement") according to the following basic terms and conditions, subject to negotiation and a more definitive agreement:

    a. Term. The Term of the Host Agreement shall be for a period of 20 years, or the maximum term allowed under then existing KY law with provisions for automatic self-executing extension and renewal according to then existing KY law.

    b. Consideration/Fees. NewCo shall accept for disposal all municipal solid waste delivered to the landfill by or on behalf of the County and, potentially if requested and through separate agreement, the City of Pikeville, in accordance with the provisions below, at *no cost* to the County or the City.

        i. The value of the acceptance for disposal of all County (and potentially, if requested and through separate agreement, City) waste at no cost shall be deemed payment and hereby accepted in lieu of the license fees that could be imposed by the County in accordance with KRS 68.178; provided, however, NewCo shall remain responsible for all other taxes and fees

generally imposed by the County, including occupational license fees and property taxes.

c. Additional Consideration/Assurances. So long as NewCo, or its successor operator, is legally permitted and authorized by the Commonwealth of Kentucky, the County shall not amend its SWMP or take such other action that would require the operations of the landfill to cease, cause closure of the landfill, or materially adversely affect the operations of the landfill as contemplated in its permits/licenses; provided however, the County reserves from the foregoing the capability to review the technical design and standards for construction and operation of the landfill, and to comment on the permit applications in order to assure that the design meets appropriate standards.

d. Liquidated Damages. The County and NewCo will agree to a financial sum or process of calculating a financial sum that, should the County take such action as described above in violation of the Agreement, the County shall pay to NewCo, the parties agreeing that actual damages would be impossible to reasonably calculate and that said liquidated damages are a reasonable estimate.

e. Discretion and Non-Exclusivity. The Host Agreement is not exclusive, and nothing contained herein shall limit, restrict or prohibit the County from entering into host agreements with other parties concerning the subject matter of the Host Agreement or the development of other solid waste disposal facilities.

f. Rejection of Waste. NewCo shall have the right to reject any solid waste that the NewCo, in its sole judgment, believes may be hazardous or dangerous to the environment. NewCo shall reject solid waste that it is not permitted by law to accept.

g. County Inspection. The County shall have the right to inspect the USA Landfill at any time during operation of the landfill to verify compliance with the terms of the Host Agreement and any applicable laws. The County shall have the right to inspect the USA Landfill during non-operating hours if there is a credible reason to believe that an emergency condition is occurring at the landfill. NewCo will arrange, within a reasonable time, a representative of the landfill to accompany the representative of the County during any such inspection.

h. Notification of Activities. In the event NewCo intends to undertake construction or some activity at the USA Landfill that is likely to temporarily generate extraordinary noise or odor, NewCo shall notify the Solid Waste Coordinator of the County (which notification may be verbal). When practicable NewCo's notice shall be at least seven (7) days prior to undertaking such construction or activity.

i. Force Majeure. If USA, NewCo, the USA Landfill, or the County is rendered unable, wholly or in part by an event of Force Majeure, to carry out any of its obligations under the Host Agreement, the obligations of USA/NewCo or the

County, as the case may be, shall be suspended during the continuation of any inability so caused by the event of Force Majeure, but for no longer period. If USA/NewCo or the County intends to rely upon an event of Force Majeure to suspend obligations as provided in this section, such party shall notify the other party as soon as practicable, verbally and in writing, describing in reasonable detail the circumstances of the event of Force Majeure. The party relying upon an event of Force Majeure shall have the duty and obligation to use reasonable business efforts established in Kentucky to cure or eliminate such event of Force Majeure and shall during the period of such Force Majeure periodically advise the other party of the status

j. Indemnification. USA/NewCo shall indemnify and hold the County harmless from any and all claims, damages, suits or causes of action, including reasonable attorneys' fees, resulting from (i) the faulty design, construction, operation or closure of the USA Landfill; (ii) failure of the USA Landfill to comply with post-closure requirements; or (iii) the knowing acceptance or disposal in the USA Landfill of solid waste prohibited by local, state, or federal law, except in the event such disposal was caused by the County (or the City of Pikeville, if applicable).

k. Closure. NewCo, or its successor, shall be responsible for the closure of the landfill and all required post-closure care in accordance with the provisions of KRS 224 *et seq* and regulations promulgated thereunder.

6. Negotiation and Timing. USA is available to immediately begin negotiation with the County and to propose an Agreement consistent with the Requests for Proposal and under the basic terms provided herein. Should USA be awarded the Agreement, it is capable of commencing construction and operations as requested, subject to permitting and related timelines of the Commonwealth of Kentucky.

7. Financial Capability. USA/NewCo is financially capable of undertaking the proposed project herein. References from financial institutions and/or accountants are available upon request.

8. Reservation of Rights. USA's participation in this RFP process is non-binding and undertaken solely for purposes of evaluation. USA reserves the right, in its sole discretion, to withdraw from the process at any time prior to execution of a definitive agreement, without liability or penalty. Withdrawal may occur if, among other reasons, (i) financial, legal, operational, or other due diligence results are unsatisfactory; (ii) the parties are unable to agree upon the terms of a definitive agreement; or (iii) other circumstances arise that, in USA's judgment, make continued participation inadvisable. Such withdrawal shall not constitute a default or give rise to any claim or cause of action against USA. USA further reserves the right to modify, supplement, or withdraw its proposal, in whole or in part, at any time prior to execution of a definitive agreement.

9. Additional Information. Local consulting firm Kenvirons is USA's consultant regarding development of the NewCo Landfill. Kenvirons has many years of experience with the

design, permitting, construction and operation of landfills in the Commonwealth of Kentucky. See attached Exhibit E. USA and Kenvirons have completed an initial evaluation of the proposed location and have determined that it is suitable for a landfill.

The site evaluation included:

- On site reconnaissance;
- Meetings with the Kentucky Department of Environmental Protection and the Army Corp of Engineers;
- Site walk with a US Army Corp of Engineers Representative;
- Review of historical mine mapping for the area; and
- Interviews of the property owners, past mine operators and the current mine site engineers.

10. USA is available to answer any questions the County may have and to provide any additional information that the County may find necessary in evaluating the site and/or USA/NewCo.

**Exhibit A**
**Information about USA Waste and Recycling, Inc.**




ALL AMERICAN MRF | USA



The All American MRF, located in Berlin, CT is the most advanced and effective materials recovery facility (MRF) in the New England area and one of the largest in the country.

## *RECYCLE MORE*

The All American MRF is a highly-automated system, utilizing artificial intelligence and high-tech optical scanners to maximize the recovery of all recyclable materials – in a safe and worker-conscience environment. The system has been designed to have multiple "second-chance" mechanisms in place to ensure that valuable material doesn't get missed.



## *AWARD WINNING*

We are proud to be named the "Recycling Facility of the Year" by the National Waste & Recycling Association. It's a testament to the advanced capabilities of the system, as well as to our team members who are dedicated to meeting the needs of an ever-evolving recycling stream.



## SINGLE STREAM

Recycling works best when it's simple and convenient. That's why we offer all of our customers the ease of Single Stream Recycling. Our crew comes and collects the materials from your curbside recycling bin. We do all the sorting back at our innovative, state-of-the-art recycling center. This simplified process increases recycling rates, lowers emissions, and saves resources while minimizing the overall environmental impact.



# ACCEPTABLE MATERIALS

**The All American MRF accepts all items listed below.**

SCAN QR CODE TO SEARCH FOR ACCEPTABLE MATERIALS

**Paper**

- Cardboard & Boxboard
- Food & Beverage Cartons
- Junk Mail
- Magazines & Newspaper Inserts
- Newsprint & Office Paper
- Pizza Boxes

**Metal**

- Aerosol Containers (Food Grade Only)
- Aluminum Foil
- Cans & Bottles
- Foil Containers
- Metal Lids From Cans & Bottles

**Additional Acceptable Materials**

- Black Plastic Takeout Containers
- #5 Plastic Takeout Containers
- #5 Plastic Cold Cups

**Plastic**

- Plastic Bottles
- Plastic Containers
- Plastic One-Use Cups

**Glass**

- Beverage Bottles & Jars
- Food Bottles & Jars

***All American MRF Difference - Glass**

Glass is separated and sold to partners where it is turned into other glass bottles and high performance post-consumer pozzolan



## THE USA DIFFERENCE

Our truck fleet is powered by compressed natural gas — a quieter, cleaner option that reduces greenhouse gas emissions. We also operate four CNG fueling stations in Connecticut, accessible to the public, with fully covered truck ports. In addition, the use of large solar installations on top of many of our facilities and truck posts offsets 30% of the energy used company-wide.





## BY THE NUMBERS

**35M**

35 million total pounds of glass recycled per year – the equivalent of 15,283,843 12-ounce bottles annually

**100%**

Fully powered by renewable energy, lowering our carbon footprint and allowing us to conserve energy while we operate

**1K**

Processes 1,000 tons of materials per day

**400M**

Our MRF processes up to 400 million pounds per year, which is equal to approximately 40,000 elephants

USA

555 Taylor Rd, Enfield, CT 06082

Some see waste.
We see possibilities.

USARECYCLE.COM

**Exhibit B**
**Resume for Jonathan Murray**

*Jonathan P. Murray*
*Director of Operations*

***Background***
1994-1998
Environmental Manager
United Waste Systems/USA Waste Services

1998-1999
Special Projects Manager
F&G Recycling Services

1999-2003
Operations/District Landfill/Transfer Station Manager
Waste Management of Massachusetts

2003-2006
Sr. District Manager
Waste Management of Massachusetts

May 2006- Present
Director of Operations
Murphy Road Recycling

***Education***

1994
Bachelor of Science
Environmental Science
Springfield College

**EXPERIENCE**

Mr. Murray has gained experience in solid waste management facility operations and maintenance through over 30 years of progressive solid waste collection and post collection management. Over the past 30 years Mr. Murray has been involved with operation of 6 sanitary landfills and over 20 transfer and/or processing facilities, 4 material recovery facilities and one solid waste collection company located in Massachusetts and Connecticut. Throughout this time Mr. Murray has successfully worked with the Massachusetts and Connecticut Department of Environmental Protection and the local Boards of Health and other local governing agencies.

**PROFESSIONAL EXPERIENCE**

Mr. Murray is currently the Director of Operations for Murphy Road Recycling. In the position Mr. Murray is responsible for the day to day operations of the companies' transfer stations, volume reduction facilities and recycling facilities.

Prior to becoming the Director of Operations for Murphy Road Recycling, Mr. Murray was the Sr. District Manager for Waste Management of Massachusetts. In this position he was responsible for the daily operations of a solid waste collection company, 2 sanitary landfills, a landfill closure project, a construction and demolition processing facility and a sewage sludge composting facility. The collection company had 34 routes and over 60 employees servicing customers in Western Massachusetts. The sanitary landfills had a combined annual solid waste acceptance capacity of 600,000 tons, the construction and demolition processing facility had the ability to manage 156,000 tons per year. In 2003 under Mr. Murray's direction a landfill closure project was begun in Springfield, Massachusetts. The project entailed the placement of over 1.5 million tons of grading and shaping material to complete the final closure of an abandoned 53+ acre landfill. The closure project included the construction of a recreational area once the landfill is properly closed. The post collection facilities employed 30+ part and full time employees that worked under Mr. Murray's direction.

Prior to accepting the position of Sr. District Manager for Waste Management of Massachusetts, Mr. Murray was the District Manager for the Central Massachusetts landfills and transfer stations beginning in March 2002. In this capacity he was responsible for the daily operation of 3 sanitary landfills and 2 transfer stations with combined annual revenue in excess of $30 million and a combined annual solid waste capacity of over 650,000 tons. Mr. Murray managed 30 full and/or part time employees including a heavy equipment maintenance facility and was responsible for

implementation of the company required safety programs. In addition to Waste Management employees Mr. Murray was also responsible for the management of subcontracted employees and companies that are required to complete various tasks such as construction projects, system repairs, system upgrades and equipment maintenance.

Prior to accepting the position of District Manager, Mr. Murray was the Operations Manager for Waste Management of Western Massachusetts. In this capacity he was responsible for the day-to-day operation of 2 sanitary landfills and 1 transfer station with a combined annual solid waste capacity of more than 450,000 tons. In this position Mr. Murray was responsible for the operation of these sites and the management of 20+ employees. Among his responsibilities was the operation of an active gas collection system that managed in excess of 2000 cubic feet per minute of landfill gas and the operation of two leachate collection and conveyance systems that included multiple pumping stations and handled more than 10 million gallons of leachate annually.

From 1998 to late 1999, Mr. Murray was employed as Special Projects Manager for an independent solid waste management company in northern CT. In this position, Mr. Murray was responsible for the contracting for the long haul of waste to out of state disposal facilities, site permits, environmental compliance, project development and due diligence. While employed by this firm Mr. Murray successfully completed the installation of a C&D processing system for the removal of C&D fines for landfill daily cover, wood for recycling as mulch material, concrete and rubble for aggregate and ferrous and non-ferrous metal. In addition, Mr. Murray successfully permitted the C&D fines for use as daily cover in Massachusetts through a site specific and a state-wide beneficial use determination permit.

For the period of 1994-1998 Mr. Murray was the Environmental Compliance Manager for the United Waste/USA Waste Services landfills and transfer stations in Central and Western Massachusetts. During this time Mr. Murray was responsible for the monitoring of any and all permits for compliance at the various sites. In addition, Mr. Murray completed the required Massachusetts Department of Environmental Compliance reports and reviewed and approved daily cover materials for use at the landfills. Additionally, Mr. Murray worked with the engineering department and operations management in the completion of many special projects.

**Exhibit C**
**Resume for Frank M. Antonacci**

# Frank M. Antonacci

## EMPLOYMENT HISTORY

**USA WASTE AND RECYCLING, INC.**
President, Chief Operating Officer | Enfield, CT
2015 – Present

- Provide executive leadership for Operations, Finance, Sales, Safety, Customer Service, and Human Resources across a multi-state, multi-brand waste and recycling enterprise.
- Drive strategic growth, acquisitions, and integrations to expand residential, commercial, and municipal market share.
- Champion a culture of continuous improvement, operational efficiency, and workforce development across 1,500+ employees.
- Partner with ownership and senior leadership to set long-term strategic direction, capital investment priorities, and technology modernization initiatives.

**MURPHY ROAD RECYCLING, LLC**
Vice President of Recycling and Business Development | Enfield, CT
2005 – Present

- Lead business development and recycling market strategy, securing long-term outlets for single stream recovered commodities.
- Oversee operations for three state-of-the-art automated Materials Recovery Facilities (MRFs) in Berlin, Bridgeport & Hartford, CT.
- Conceived and executed development of the first public fast-fill CNG fueling station in Hartford, with an additional facility underway in New Haven.
- Spearheaded design, construction, and commissioning of the All American MRF (Berlin, CT), one of the region's most advanced recycling centers.

**LINDY FARMS OF CONNECTICUT, LLC**
Vice President of Lindy Farms, Head of Racing Operations | Somers, CT
2005 – 2017

- Directed all facets of racing operations, breeding, and training for one of North America's premier Standardbred breeding and racing programs.
- Oversaw racing strategy, talent development, and national campaign execution across multiple divisions.
- Recipient, UNITED STATES TROTTING ASSOCIATIONS PRESIDENT'S AWARD (2011) for leadership and contribution to the Standardbred industry.

## EDUCATION

**BOSTON COLLEGE**
2001 – 2005 | Chestnut Hill, MA

- B.A., cum laude Business Administration Carroll School of Management

## FAMILY

Wife Jessica and two sons Frank J. and Luca.

## BOARD SERVICE

2010 – Present: Harness Horseman's Association of New England
2014 – Present: CT Recycle Foundation (Appointed by CT Legislature)

- 2018 – Present: Vice Chair

2018 – Present: New Valley Bank
2024 – Present: Boston College Board of Regents

## AWARDS AND SPEAKING ENGAGEMENT

**2020:** Waste360 40 Under 40 Award Winner – presented by Waste 360 to recognize and reward the rising stars and young professionals with the industry.
**2022:** Waste 360 Business Leadership Forum – Recycling and Diversion Trends, Session Panelist.
**2023:** National Waste and Recycling Association MRF of the Year Award
**2023:** National Waste and Recycling Association Chapter Leadership Award
**2024:** Waste Expo Expert Panelist – "MRF of the Future – Getting Design Choices Right"

555 Taylor Road, Enfield, CT 06082 | (860) 746-3212 | fma@usarecycle.com

**Exhibit D**
**Site Locus Plan and Preliminary Landfill Footprint**




| PIKEVILLE, MILLARD, DORTON, HELLIER, WHELLWRIGHT JENKINS WEST, JENKINS EAST, CLINTWOOD, KY. QUADRANGLES | PREMIER SITE PIKE COUNTY, KENTUCKY |
|---|---|
| SCALE IN MILES<br>0 1/2 1<br>SCALE: 1"=10,000' | KENVIRONS, LLC<br>770 WILKINSON BLVD, FRANKFORT, KENTUCKY<br>(502) 695-4357 |

F:\CLIENTS\MURPHY ROAD RECYCLING, LLC\2024088 - Premier Site - Landfill Permitting\DESIGN\Topo Pike County Vincinity Map.dwg, Layout1, 8/21/2024 4:00:04 PM, MAS



KENVIRONS
Civil & Environmental Engineers

PROJECT NO. 2024088
SHEET NO. 1 OF 1

**PREMIER SITE**
PIKE COUNTY, KENTUCKY
GENERAL SITE LAYOUT

**Exhibit E**
**Information on Kenvirons**



# Statement of Qualifications to provide Professional Engineering and Environmental Services for Solid Waste Landfills

Submitted by:

**KENVIRONS**
**Civil & Environmental Engineering**

January 2025

# TABLE OF CONTENTS

FIRM OVERVIEW

PROJECT TEAM AND STAFF QUALIFICATIONS

APPENDICES

| | |
|---|---|
| APPENDIX A | ORGANIZATIONAL CHART |
| APPENDIX B | RESUMES OF KEY PERSONNEL |
| APPENDIX C | FEE SCHEDULE |
| APPENDIX D | RELATED EXPERIENCE |
| APPENDIX E | REFERENCES |

## Firm Overview - General

Established in 1975, Kenvirons is a civil and environmental engineering firm headquartered in Frankfort, Kentucky. Kenvirons' engineering expertise includes solid waste management, groundwater and surface water sampling and reporting, air monitoring, reporting and permitting, water and wastewater, dams, hydrological studies, environmental assessments, urban and industrial planning, coal combustion residual disposal, and laboratory services. The company provides planning, funding assistance, design, and construction services for a variety of municipal, state, federal, industrial, and private sector clients.




Kenvirons is a project-oriented firm where the principals serve as project managers. This hands-on approach keeps upper management close to the project and assures client satisfaction. Our mission is simple: provide our clients with the best service possible by producing quality products and completing projects on schedule and within budget.

Our team is dedicated to providing personally tailored customer service based upon sound design experience, a thorough understanding of the client's needs, budgetary limitations, and an in-depth familiarity with state and federal regulatory requirements. The primary philosophy of the firm embraces the goal of total client satisfaction in a technically sound and cost-effective manner.

During Kenvirons' 50 year history, the firm has successfully completed thousands of individual projects. Experience includes a diverse range of projects from groundwater monitoring at landfills to multi-million dollar water treatment plants. The successful completion of such projects requires the cooperation and coordination of numerous regulatory and funding agencies, as well as, a complex maze of public and private interests. Due to the successful completion of projects, Kenvirons has developed and maintains a diverse group of long-term repeat clientele.

Kenvirons has a staff of thirty-five (35) full-time employees consisting of engineers, technicians and a support staff. Eleven (11) individuals are registered Professional Engineers in the Commonwealth of Kentucky and three (3) engineers hold professional registrations in multiple states including Ohio, West Virginia, Indiana and Arkansas.

## Firm Overview – Solid Waste

Kenvirons is located in Frankfort, Kentucky, at the center of the state regulatory authorities. This proximity allows us to personally pick up and deliver information to and from the various agencies rather than relying upon the US Mail or other commercial delivery services – saving time while ensuring nothing gets "lost in the mail." Our frequent face-to-face contacts with the agencies has allowed us to develop good relationships with the regulatory staff through the years. All solid waste services are performed in the Frankfort office.

Specific solid waste services provided by Kenvirons include, the following:

- All facets of landfill design
- Environmental permitting (e.g., solid waste, special waste, residual waste, coal combustion residuals, stormwater, KPDES, Title V air, industrial discharge, Section 404)
- Environmental monitoring (e.g., groundwater, surface water, KPDES, leachate, methane)
- Cell and cap construction plans and specifications
- Cell and cap construction CQA and certification
- Surveying, both drone and conventional
- Mapping
- Annual Survey Capacity Reports
- Gas collection system design and permitting
- Gas collection system plans and specifications
- Gas collection system construction CQA and certification
- Gas wellfield tuning
- Air testing
- Surface emissions scans
- Tier II sample collection
- Odor surveys
- 5-Year plans
- Compliance plans (e.g., SPCC, SWPPP, GPP, BMP)
- Borrow area studies
- Phase I environmental assessments
- Budgeting assistance
- Compliance reporting
- Landfill operations guidance

Kenvirons' employs twenty (20) persons in the solid waste, water and air monitoring disciplines, all of whom are available to provide landfill-related services. These include three (3) principals (two of which are licensed PE's); two (2) additional licensed PE's; one (2) Engineers-in-Training; one (1) licensed Land Surveyor; two (3) full-time AutoCAD

technicians; and nine (9) technicians who are cross-trained to serve in various roles according to project needs.

Kenvirons' four (4) licensed professional engineers practicing in these disciplines have more than 100 years of combined engineering experience working together in the planning, design and operation of solid waste facilities in Kentucky. Given the longevity of the key personnel, Kenvirons offers unique consistency and cooperation among its team members. As a result, the Kenvirons design team has become a seamless unit that can deliver efficient engineering services within client prescribed time schedules.

The offices of Kenvirons, LLC., are headquartered in a 16,000+ square foot facility directly adjacent to U.S. Route 421 in Frankfort. The facility houses staff offices, drafting areas, a laboratory, two conference rooms, file rooms, archive rooms, a shop space, and other supporting areas. The drafting and design equipment of the firm includes computer aided drafting and design (CAD) stations which utilize the latest version of AutoCAD, KYPipe, and various Geographic Information System (GIS) mapping programs.

In order to meet the daily electronic needs of the firm Kenvirons maintains an in-house computer network facility with approximately 40 personal computer/work stations. Staff of Kenvirons have access to the internet, as well as a vast library of environmental and hydraulic design programs.

Finally, due to the diversity of civil and environmental services offered by the firm we have acquired an array of testing, monitoring, sampling and surveying equipment. This equipment is housed and maintained on the premises in order to ensure availability to meet client time schedules.

Please feel free to contact our office with any questions.

Kenvirons, LLC.
770 Wilkinson Boulevard
Frankfort, KY 40601
(502) 695-4357
www.kenvirons.com

Office Location:



## Project Team and Staff Qualifications

Three principals will serve as Project Managers for the various solid waste tasks. They are:

### Air Quality Monitoring

**Chris Wathen, Vice President; Project Manager; Principal-in-Charge**

Chris is a licensed engineer and has been employed by Kenvirons for over thirty-two (32) years. Chris serves as Project Manager for all Kenvirons' air monitoring projects, both landfill related and other industrial clients. He is responsible not only for supervising all staff functions, but also administrative duties and interfacing with regulatory authorities and clients. Chris practices solely in the air compliance realm and is our in-house specialist in such matters.

Chris is assisted by **Phil Valentine**. Phil has a degree in Environmental Science and has been employed by Kenvirons for nineteen (19) years. As with Chris, he practices solely in the field of air compliance. Phil is the lead staff member for filing reports with the various regulatory agencies. He also performs much of the field sampling work. Phil is experienced and trained to perform all the field and reporting duties required by Title V and State Origin permits.

Phil is assisted by two other staff members, **Ben Bray** and **John Mautz**. Ben and John divide their time between the Air Quality Monitoring group and the Environmental Monitoring group.

Ben has a degree in Chemistry and has been employed by Kenvirons for fifteen (15) years. He assists in coordinating the work of the Environmental Monitoring group and he also performs some of the field sample collection. In the past Ben has performed construction monitoring and Phase I site assessments as well as other tasks, bringing needed versatility to the staff.

John has a degree in Biosystems and Agricultural Engineering. He joined Kenvirons in 2018 following engagements with Cornerstone Environmental Group, LLC and Arcadis. John's background includes field sample collection, scheduling and coordinating sampling events, and performing statistical analyses.

## Engineering and Construction

### Tim Oakes, Vice President; Project Manager; Principal-in-Charge

Engineering and construction tasks are performed under the direction of Tim Oakes, PE. Tim has over thirty (30) years' experience with Kenvirons and practices solely in the solid waste discipline. Tim's varied experience in design and management of solid waste projects makes him ideal to lead this effort. Tim serves as the Principal-in-Charge for all Kenvirons' solid waste design, construction and permitting projects. He is responsible for all staff assignments and administrative functions in his group.

Tim is joined by **Jim Wade**, PE, as Senior Project Manager. Jim joined Kenvirons in 2017. Prior to Kenvirons he spent 2 ½ years with Cornerstone Environmental Group, LLC. Prior to that he was a member of Nesbitt Engineering, Inc., leaving there as Vice President after twenty-seven (27) years. Jim has practiced almost exclusively in solid waste for over twenty-five years. He lends an extra level of experience particularly in the fields of permitting and regulatory compliance.
with experience as the lead designer on multiple sites.

**Mitch Ratliff**, PE, has been a member of Kenvirons since 2006. Mitch specializes in all facets of landfill design such as liner and cap, sediment pond, gas collection systems, surface water control systems, containment berms, access roads, and leachate collection systems. Mitch's proficiency extending to design and modeling software including AutoCAD, Pipe2000, and SEDCAD.

Project engineer **Patrick Carney**, EIT, has been with Kenvirons for two (2) years. Patrick works with the professional engineers on various design projects. He takes a lead role in construction CQA and certification projects interfacing with the field CQA inspector, the regulatory authority, and the client. Patrick works closely with the CAD staff in the production of 3D models and is proficient in modeling software.

The support staff consists of **John Mautz**, **Mark Sweeney**, **Keith Johnson** and **Brian Huff**. John works primarily with the Engineering and Construction group, but is also available to assist the Air Monitoring group and the Environmental Monitoring group as needed. Mark is a full-time AutoCAD technician. Keith and Brian provide a variety of field technician duties. In addition, Keith is trained to provide construction surveys using conventional ground survey equipment and can perform topographic mapping using the drone.

## Environmental Monitoring

### Bill Knarr, Vice President; Project Manager; Principal-in-Charge

Bill is in charge of all Kenvirons' water sampling projects, much the same as Chris Wathen is responsible for all Kenvirons' air monitoring projects. Bill has been employed by Kenvirons for over thirty-six (36) years, providing diversified sampling and inspection services to clientele both in Kentucky and in surrounding states. Bill makes staff assignments, handles administrative duties, is a prominent client contact, and performs field sampling himself as the need arises.

Bill is ably assisted by **Ben Bray**, mentioned previously, in scheduling and making staff assignments. Ben's primary responsibility lies with the Environmental Monitoring group, but also assists the Air Monitoring Group as necessary.

**Bill Knarr III** and **Jack Douglass** are full-time environmental sampling technicians. Their travels take them from far western Kentucky to Pennsylvania. Bill has twelve (12) total years' service in two (2) stints with Kenvirons. Jack joined the firm in 2018.

# APPENDIX A

# ORGANIZATIONAL CHART

KENVIRONS

# KENVIRONS, LLC.
## SOLID WASTE---AIR SERVICES---WATER SAMPLING
## 2025

### Solid Waste
Tim Oakes, PE

- Jim Wade, PE
- Mitch Ratliff, PE
- Patrick Carney, EIT
- Keith Palmer, LS
- Greg Steltenpohl, PG
- Jack Enyeart, EIT
- Megan Lambright, EIT
- Mark Sweeney
- Richard Harlow
- Autumn Pico
- Brian Huff
- Ryan Arnett

### Air Services
Chris Wathen, PE

- Phillip Valentine

### Water Sampling
Bill Knarr

- Bill Knarr III
- Jack Douglass

Ben Bray

# APPENDIX B

# RESUMES OF KEY PERSONNEL

KENVIRONS

## S. TIM OAKE S, P.E.
**Vice President**

### EXPERIENCE

Over thirty-one (31) years of diversified experience in Civil and Environmental Engineering in private consulting.

Present duties at Kenvirons include the management and supervision of multiple individual projects. Primary activities include landfill siting, development, closures and environmental monitoring of various types of disposal facilities. These activities include planning, permitting, design, cost analyses, construction contract bids/specifications and construction monitoring and documentation. Other primary activities include environmental monitoring for surfacewater, groundwater and landfill gas emissions. Expertise in computer modeling for hydrologic/hydraulic investigation, leachate production/control and treatment options, grade and drainage plans, sediment control design and groundwater fate/transport modeling.

Subtitle D, Residual, CD&D, Special Waste, CCR Waste and Low-Level Radioactive Waste disposal facility experience includes daily operations, landfill gas system design, permit applications, construction monitoring of soils and geosynthetics, site remediation and environmental monitoring/reporting. The total area of composite liner and final cap monitoring is over twenty million square feet. In addition to working in Kentucky, Mr. Oakes has been involved in landfill facility activities in West Virginia, Indiana and Tennessee.

Other experiences include development of environmental compliance plans; spill prevention plans, groundwater protection plans and stormwater protection plans for various facilities and industries.

Other areas of engineering experience includes: Project Manager for earthen dam design, permitting, inspection and construction supervision as well as environmental site assessments and construction documents for wetland and stream mitigation projects.

**YEARS AT KENVIRONS**
JANUARY 1992

**EDUCATION**
B.S. Civil Engineering, University of Kentucky, 1991

**REGISTRATION**
Professional Engineering License:
- Kentucky
- West Virginia

**PROFESSIONAL AFFILIATIONS**
- National Society of Professional Engineers
- Kentucky Society of Professional Engineers
- American Society of Civil Engineers
- Society of American Military Engineers

KENVIRONS

## S. MITCH RATLIFF, P.E.
### Project Engineer

### EXPERIENCE

Over sixteen (16) years of diversified experience in Civil and Environmental Construction and Engineering while working in public regulation and private consulting.

Since joining Kenvirons in 2006, duties have included design and permitting for solid and special waste landfills; develop construction plans, specifications and contract documents for landfill development and closure; design surface water capture/control/containment systems; assisting in flood studies; closure cost and post closure care cost estimates; annual surveys for several landfills and also assisting with long term landfill development plans. Further duties at Kenvirons include more than seven years of providing construction quality assurance (CQA) services for numerous landfill construction projects including geosynthetics, landfill gas collection and control systems, leachate collection and storage systems and soils.

Additional engineering experience includes construction site inspections, ordinance writing, water sample collection, GPS surveying water supply systems, and computer modeling with AutoCAD and Pipe2000.

**YEARS AT KENVIRONS**
JULY 2006

**EDUCATION**
B.S. Civil Engineering w/ Minor in Mathematics, Western Kentucky University, 2005

**REGISTRATION**
Professional Engineering License:
- Kentucky

**CERTIFICATIONS**
- Nuclear Density Gauge Safety Training, 2011
- DOT Hazardous Materials Security Awareness Training, 2013
- U.S. DOT/IATA HAZMAT Certification, 2013
- IACET Visually Inspect Polyethylene Pipe Joints, 2013

**PROFESSIONAL AFFILIATIONS**
- Kentucky Society of Professional Engineers
- National Society of Professional Engineers
- American Society of Civil Engineers

KENVIRONS

# JAMES WADE, P.E.

## Senior Project Manager

### EXPERIENCE

Over forty-two (42) years of diversified experience in environmental and mining engineering in private consulting and Kentucky state government.

Present duties at Kenvirons include the management of multiple individual projects. Primary activities include landfill siting, development, closure and environmental monitoring of municipal solid waste and construction/demolition debris facilities. These activities include planning, permitting, design, cost analyses, construction contract bids/specifications and construction monitoring and documentation. Other primary activities include environmental monitoring for surface water, groundwater and landfill gas emissions, Section 404 permitting and other permit tasks, and special waste application review.

Prior to joining Kenvirons, Mr. Wade was Client Manager and Operations Director for Cornerstone Environmental Group in Lexington, KY for 3.5 years. His primary responsibilities there included typical office administrative functions, senior level technical and budgetary management of various solid waste projects, business development and client maintenance.

Mr. Wade joined Nesbitt Engineering, Inc. in 1986 as Project Manager and departed twenty-seven (27) years later as Vice President. His early career focused on coal industry related projects in Eastern Kentucky. His career path transitioned from coal to solid waste in the early 1990's and he has practiced almost exclusively in solid waste since that time.

Mr. Wade's professional career began working for the Kentucky Department for Surface Mining Reclamation and Enforcement. His final position was Branch Chief of a group of technical professionals responsible for reviewing applications for surface and underground mining permits.

**YEARS AT KENVIRONS**
May 2017

**EDUCATION**
B.S. Mining Engineering, University of Kentucky, 1980

**REGISTRATION**
Professional Engineering License:
- Kentucky

**CERTIFICATIONS**
- 40 Hour HAZWOPER

**PROFESSIONAL AFFILIATIONS**
- National Society of Professional Engineers
- Kentucky Society of Professional Engineers

KENVIRONS

# PATRICK CARNEY
## Project Engineer

### EXPERIENCE

Patrick has two years of experience in Civil, Environmental, Structural, Construction and Geotechnical engineering while working in private consulting.

Present duties at Kenvirons include carrying out and managing engineering related projects. Primary activities include landfill development and closures for several facilities encompassing permitting, design, cost analyses, construction contract bids/specifications, and construction monitoring and documentation. Further duties include utilizing computer modeling for mapping, design, grading/modeling, and drainage plans. Geographic Information Systems are also utilized for coordinate systems mapping and site assessments. Solid waste experience includes daily operations, permitting, design, and construction monitoring for geosynthetic liner systems, soil liners, earthen embankments and soil caps.

Additional engineering experience includes project administration, quality control and construction oversight, project scheduling and budgeting, geotechnical instrumentation design, data collection from facility instrumentation (slope inclinometers, piezometers and settlement plates), groundwater monitoring well design/modifications and abandonments, slope stability observations, sediment pond dredging observations, soils field and laboratory testing, concrete field and laboratory testing, and asphalt density testing.

**YEARS AT KENVIRONS**
November 2020

**EDUCATION**
University of Arkansas – B.S. Civil Engineering, 2020

**CERTIFICATIONS**
- ACI Concrete Field Testing Technician Grade I

**PROFESSIONAL AFFILIATIONS**
- National Society of Professional Engineers
- Kentucky Society of Professional Engineers
- American Society of Civil Engineers

**COMMUNITY DEVELOPMENT**
- Board Member for City of Frankfort, KY: Board of Zoning Adjustments

KENVIRONS

## WILLIAM F. KNARR
## Vice President

### EXPERIENCE

Mr. Knarr has more than thirty-six (36) years of diversified sampling inspection and management of environmental monitoring and construction projects. Responsibilities include the coordination of field activities, collecting surface (NPDES, KPDES, lakes, rivers, streams) and groundwater samples, soil & geologic sampling, sampling at sewage treatment facilities and compliance inspection of solid waste landfills. He is responsible for the review of all lab data and the completion of all associated local, state and federal forms which may be required for reporting. He is also responsible for industrial wastewater monitoring, hazardous waste cleanup activities and has assisted in landfill gas monitoring. Mr. Knarr also performs maintenance and calibration of monitoring equipment. Other duties include cost tracking, invoicing, preparing proposals, surveying and conducting public interviews for water distribution projects.

The monitoring/reporting experience has been gained through providing these services at more than thirty-five (35) sites throughout Kentucky, Ohio, Tennessee, Indiana, West Virginia and Pennsylvania. In addition to the surface and groundwater monitoring, experience has been gained from monitoring landfill gas, including NSPS and completion of numerous Phase I site assessments. He has completed compliance plan inspections and reports for SPCC, SWP3 and GPP plans.

Before joining Kenvirons he had more than six (6) years as a blaster in surface coal mining. This includes the loading, wiring and detonation of drilled boreholes.

Other experience includes maintenance of large surface mine equipment, collecting samples for water quality testing and field surveying.

**YEARS AT KENVIRONS**
February 1986

**EDUCATION**
University of Kentucky – General College Courses

**CERTIFICATIONS**
- ASTM International Environmental Assessments
- Certified Contained and Construction/Demolition Landfill Operator/Manager – Kentucky Division of Waste Management
- Licensed Surface Mine Foreman – Kentucky Department of Mines and Minerals
- OSHA 40 Hour Hazardous Waste Training
- OSHA 8 Hour Hazardous Waste Site Supervisor Training
- IATA & 49 CFR Dangerous Goods Shipping Certified
- Radioactive Shipping Certified
- ARSC Safety Certified

**PROFESSIONAL AFFILIATIONS**
- SWANA (Solid Waste Association of North America)
- American Water Works Association
- National Solid Waste Recycling Association

KENVIRONS

## CHRISTOPHER P. WATHEN, P.E.
**Vice President**

### EXPERIENCE

Mr. Wathen has acquired over thirty-three (33) years of professional air quality consulting experience in the areas of air pollution source permit preparation, air quality compliance consultation, emissions testing and reporting, air quality computer dispersion modeling, analysis of local, state and federal air quality regulations, and in-house computer programming.

As Principal of Kenvirons, Mr. Wathen leads the air quality focus group activities, manages and supervises individual projects, and performs administrative duties for the company. He has extensive experience and knowledge with local, state and federal air quality regulations and continues to provide regulatory analysis as new regulations are proposed and promulgated. He has prepared and assisted in preparing numerous air permit applications for many different facilities in Kentucky and other states, including Title V permits, Prevention of Significant Deterioration (PSD) permits with detailed Best Available Control Technology (BACT) evaluations, Conditional Major and Synthetic Minor permits, minor source permits, registration of insignificant activities, and operating permit renewals. He is experienced in the areas of emissions inventory development, creating and maintaining toxic emissions databases, preparation of required monitoring and emissions reports, and compliance monitoring.

Mr. Wathen also supervises activities specific to coordinating and performing air emissions testing of manufacturing sources, and has on-site experience performing air emissions testing with EPA, OSHA, NIOSH and CARB testing methods. He has extensive experience in the development and review of technical reports documenting the methodology and results associated with air emissions testing.

**YEARS AT KENVIRONS**
January 1990

**EDUCATION**
B.S. Chemical Engineering, University of Kentucky, 1990

**REGISTRATION**
Professional Engineering License:
- Kentucky

**PROFESSIONAL AFFILIATIONS**
- National Society of Professional Engineers
- Kentucky Society of Professional Engineers
- ACEC of Kentucky Environmental Committee – Former Air Quality Subcommittee Chair

KENVIRONS

## BENJAMIN BRAY
### Environmental Technician V

### EXPERIENCE

Since joining Kenvirons, Mr. Bray's duties have included sampling of groundwater, surface water, soils, stormwater, methane, industrial discharges, KPDES ponds and Phase I Site Assessments. He has extensive experience in traditional and low flow sampling of groundwater using various types of groundwater well sampling equipment. He is also experienced in the collection of quality representative samples using multi-parameter meters for stabilization of field data including pH, conductivity, temperature, dissolved oxygen, turbidity and ORP. Mr. Bray has also been actively involved with the sampling of groundwater wells related to the US EPA Coal Combustion Residuals (CCR) regulations.

Other duties include maintenance, repair and calibration of sampling and monitoring equipment. He is also involved with stack emissions testing, sample collection and monitoring of various industrial sources per US EPA Methodolgy. Mr. Bray also coordinates scheduling of monitoring events, and performs NetDMR and permit reporting.

Past duties have included construction monitoring of waterline installation and relocation projects, landfill gas extraction systems and geosynthetics installation.

**YEARS AT KENVIRONS**
June 2007

**EDUCATION**
Bachelor of Chemistry, Transylvania University, 2006

**CERTIFICATIONS**
- OSHA 40 Hour Hazardous Waste Training
- OSHA 8 Hour Hazardous Waste Training, Refresher
- EPA NetDMR Training
- QED Trends in Groundwater Sampling w/ Low Flow Sampling Techniques
- ASTM International Environmental Site Assessments for Commercial Real Estate Course
- Boater Safety Course

KENVIRONS

## PHILLIP VALENTINE
### Environmental Technician V

### EXPERIENCE

Presently his duties at Kenvirons include test preparation, air and water sampling, on-site laboratory analysis, compliance report presentation, permitting and site inspection. Mr. Valentine serves as a coordinator of air emissions testing and has served as on-site test team leader for various emissions testing programs. He also performs dispersion modeling of air emissions from industrial facilities and has experience in the preparation of numerous air quality permit applications, including those subject to PSD.

Mr. Valentine joined Kenvirons as an environmental technician with his primary experience within the air quality focus group. Prior to joining Kenvirons, he was involved in several environmental research opportunities during and after his education.

Here is a more detailed list of Mr. Valentine's experience:

- Class II dispersion modeling for PSD Permit Applications – coal fired sources in Kentucky and pulp/paper source in Louisiana
- Air Permit Application preparation – numerous sources in Kentucky; including combustion sources, carbon plants, secondary aluminum facilities, graphite manufacturing, surface coating operations, coal preparation plants and paper manufacturing facilities.
- Dispersion modeling for air toxics risk analysis – many projects across industry types including combustion sources and surface coating operations.
- Development of detailed emissions tracking and calculations procedures for numerous sources in Kentucky.
- Experienced in landfill gas well field tuning and landfill greenhouse gas emissions sampling and reporting.
- EPCRA Tier 2 Hazardous Chemical Inventory reporting, Form R chemical release reporting and Kentucky Emission Inventory reporting.

**YEARS AT KENVIRONS**
October 2002

**EDUCATION**
B.A. Environmental Science, Northern Kentucky University, 2001

**CERTIFICATIONS**
- OSHA 40 Hour Hazardous Materials Site Worker Course
- OSHA 8 Hour Hazardous Materials Site Worker Course, Refresher

KENVIRONS

## WILLIAM F. KNARR III
### Environmental Technician IV

**EXPERIENCE**

Since joining Kenvirons, Mr. Knarr's duties include sampling of groundwater, surface water, stormwater, methane, industrial discharges and NPDES/KPDES ponds. This sampling experience has been gained at many solid waste landfills, industrial facilities and municipalities. He has extensive experience in the low flow sampling of groundwater and the collection of field data for pH, conductivity, temperature, dissolved oxygen, turbidity and ORP. He currently performs site inspections for a NORM storage facility.

Other duties at Kenvirons include maintenance and calibration of monitoring equipment, tracking of sampling schedules and field data sheet filing.

Mr. Knarr previously worked for Kenvirons from 1998-2001. During that time his duties included Construction Quality Assurance (CQA) on landfill liner installations, groundwater sampling and KPDES monitoring.

**YEARS AT KENVIRONS**
May 2013

**EDUCATION**
Western Hills High School, Frankfort, KY, 1998

**CERTIFICATIONS**
- OSHA 40 Hour Hazardous Waste Training
- OSHA 8 Hour Hazardous Waste Training, Refresher
- OSHA 10 Hour Hazard Recognition
- Boater Safety Course
- QED Trends in Groundwater Sampling w/ Low Flow Sampling Techniques
- ARSC Safety

# APPENDIX C

# RELATED EXPERIENCE

KENVIRONS
Civil & Environmental Engineers

## REPRESENTATIVE PROJECTS

A partial list of municipal solid waste projects completed for both public and private clients in the past ten years follows.

**City of Glasgow, Kentucky/Glasgow Regional Landfill**

- Title V Air Reporting 2019-2017
- Manage Gas System Data 2019-2017
- Solid Waste Permit Renewal 2017
- Title V Permit Renewal 2017

**Century Aluminum - Residual Landfill (Sebree, Kentucky)**

- Horizontal Expansion – Design and Permitting 2020 – 2025
- Environmental Monitoring 2015 - 2025

**Commonwealth of Kentucky**

- Maxey Flats Stormwater Design 2018
- Site Characterization of Foothills Landfill 2017
- Phase 1 Inspection of Foothills Landfill 2015
- Mercer County Landfill Leachate Management 2015
- Trigg County Landfill Groundwater Sampling 2015
- Technical Consulting at Maxey Flats Landfill 2014
- Inspection & Reporting at Maxey Flats Landfill 2012
- Preliminary Characterization of 12 Inactive Landfills 2011
- Closure Care Evaluation at Maxey Flats Landfill 2010

**Lexington-Fayette Urban County Government**

- Haley Pike Landfill Closure 2012

**Pike County, Kentucky Contained Landfill**

- Liner System Repair CQA 2018

**Crisp County, Georgia Landfill**

- Tier II Sampling 2018, 2013
- Greenhouse Gas Reporting 2018-2016, 2015, 2012
- Title V Reporting 2018-2017
- Annual and Semi-Annual Reporting 2013

**East Kentucky Power Cooperative, Inc. (All Landfill Facilities)**

- CCR Landfill Design and Permitting 1993 - 2025
- Cell Construction Design and CQA Services 2006 - 2025
- Operations & Compliance Inspections 2000 - 2025

KENVIRONS
Civil & Environmental Engineers

| | |
|---|---|
| • Environmental Monitoring | 1993 - 2025 |

**Mercer County, Kentucky Fiscal Court (Landfill)**

| | |
|---|---|
| • KPDES Monitoring | 2017 |
| • General Stormwater Application | 2016 |
| • KPDES Renewal Application | 2014 |
| • General Engineering and Leachate Analysis | 2013 |
| • Greenhouse Gas Consulting | 2010 |
| • Prepare BMP Plan | 2009 |

**City of Henderson, Kentucky Landfill**

| | |
|---|---|
| • General Engineering | 2018 |
| • KPDES Permit Renewal | 2018 |
| • Groundwater Pump Purchase & Installation | 2016 |
| • Environmental Monitoring | 2012 |

**City of Richmond, Kentucky Landfill**

| | |
|---|---|
| • KPDES Permit Renewal | 2013 |

**Georgetown, Kentucky Municipal Water and Sewer**

| | |
|---|---|
| • Leachate Monitoring | 2013 |

**Nelson County,Kentucky Solid Waste Landfill**

| | |
|---|---|
| • Horizontal Expansion Design and Permitting | 2022 |
| • Cell Construction Design and CQA Services | 2023 - 2025 |

**Republic Services (Green Valley Landfill)**

| | |
|---|---|
| • Environmental Water Monitoring | 2019-2009 |
| • Prepare 5 Year Plan | 2019-2018, 2013 |
| • Surveying | 2019-2018, 2013-2011 |
| • EBM Calculations | 2019-2018 |
| • Annual Capacity Survey Report | 2019-2018, 2013, 2011 |
| • EPCRA Tier II Reporting | 2019, 2017-2015 |
| • Leachate Management Plan | 2018 |
| • Slope Stability Surveying & Monitoring | 2018 |
| • TENORM Mapping & Assistance | 2018 |
| • Minor Permit Modification for ADC | 2018 |
| • Cell Construction Plans & Specifications | 2018 |
| • Cell Construction CQA | 2018, 2012 |
| • Groundwater Well Maintenance | 2017 |
| • Leachate Connection to Sanitation District #4 | 2016 |
| • Update SPCC, SWP3 and GPP Plans | 2014 |

KENVIRONS
Civil & Environmental Engineers

| | |
|---|---|
| • Assist with Budget Preparation | 2012 |
| • Leachate Force Main | 2012 |
| • Borrow Area Study | 2012 |
| • KPDES Permit Renewal | 2011 |

**Republic Services (Valley View Landfill)**

| | |
|---|---|
| • Environmental Water Monitoring | 2019-2015, 2011-2009 |
| • EPCRA Tier II Monitoring | 2019, 2017 |
| • Leachate Monitoring | 2017 |
| • LandGEM Gas Production Modeling | 2011 |
| • Gas System Construction Drawings | 2010-2009 |

**Republic Services (Ohio County Balefill)**

| | |
|---|---|
| • Environmental Water Monitoring | 2019-2015, 2011-2009 |
| • TENORM Permit Modification | 2018 |
| • Special Ammonia Leachate Testing | 2018 |
| • GPP Update | 2017 |
| • Gas System Construction CQA | 2016-2015, 2013, 2011-2010 |
| • Environmental Compliance Plan Updates | 2016 |
| • KPDES Permit Renewal | 2015 |
| • Pond Sludge Sampling & Analysis | 2014 |
| • Stormwater Analysis | 2013 |
| • Compliance Plan Updates & Training | 2013 |
| • Assist with Budget Preparation | 2013-2011 |
| • Abandon Eight Groundwater Wells | 2012 |
| • Annual Capacity Survey Report | 2012-2009 |
| • Solid Waste Permit Renewal | 2011 |
| • Leachate Tank Foundation CQA | 2011 |
| • Leachate Line Plans & Specifications | 2011 |
| • Gas System Construction Plans & Specs | 2010-2009 |
| • Permit Modification for Regrade Plan | 2010 |
| • Minor Permit Modification to Relocate Spring | 2009 |
| • Sediment Pond 5 Construction CQA | 2009 |

**Republic Services (Dozit Landfill)**

| | |
|---|---|
| • Environmental Water Monitoring | 2019-2015, 2011-2009 |
| • GPP Update | 2017 |
| • Stormwater Analysis | 2014, 2011 |
| • Compliance Plan Updates | 2014 |
| • Annual Compliance Plan Training | 2014 |
| • Annual Capacity Survey Report | 2012, 2010-2008 |
| • KPDES Permit Renewal | 2012 |

| | |
|---|---|
| • Solid Waste Permit Renewal | 2012 |
| • Assist with Budget Preparation | 2012 |
| • SWP3 Update | 2012 |
| • EPCRA Tier II Reporting | 2011 |

**Republic Services (Tri-K Landfill)**

| | |
|---|---|
| • Environmental Water Monitoring | 2019-2015, 2011-2009 |
| • Compliance Plan Updates | 2018, 2016, 2010 |
| • Groundwater Monitoring Permit Modification | 2018 |
| • EPCRA Tier II Reporting | 2018-2015 |
| • TENORM Permit Modification | 2018 |
| • Leachate Force Main Study | 2017 |
| • Groundwater Monitoring Permit Modification | 2017 |
| • Air Permit Emissions Points Inventory | 2015 |
| • KPDES Permit Renewal | 2015 |
| • Gas System Construction CQA | 2015-2013, 2010-2009 |
| • Gas System Construction Drawings | 2010 |
| • Cell Construction CQA | 2013, 2011-2010 |
| • Cell Construction Plans & Specifications | 2013, 2011-2010 |
| • Annual Capacity Survey Report | 2012-2009 |
| • Assist with Budget Preparation | 2013-2011 |
| • Methane Monitoring Well Installation CQA | 2012 |
| • Final Cap Plans & Specifications | 2012 |
| • Solid Waste Permit Renewal | 2011 |
| • Monitoring Well Installation & Abandonment | 2010 |
| • KPDES Permit Modification | 2009 |

**Republic Services (Epperson Waste Landfill)**

| | |
|---|---|
| • Environmental Water Monitoring | 2019-2015, 2011-2009 |
| • Leachate Sampling & Analysis | 2019, 2013 |
| • TENORM Permit Modification | 2018 |
| • KPDES Permit Renewal | 2018 |
| • EPCRA Tier II Reporting | 2018 |
| • Calcium Carbonate Analysis | 2015 |
| • Williamstown WWTP Audit | 2015 |
| • Leachate Study & Analysis | 2015, 2013 |
| • Environmental Compliance Plan Updates | 2014 |
| • Gas System Construction CQA | 2013-2009 |
| • Gas System Survey | 2013 |
| • Toe Drain Installation Construction CQA | 2013 |
| • Assist with Budget Preparation | 2013-2012 |
| • Annual Capacity Survey Report | 2012-2009 |

KENVIRONS
Civil & Environmental Engineers

- Solid Waste Permit Renewal — 2011
- Gas Collection System Construction Drawings — 2010-2009
- Semi-Annual Field Survey — 2009

**Republic Services (Benson Valley Landfill)**

- Environmental Water Monitoring — 2019-2015, 2011-2009
- EPCRA Tier II Reporting — 2018-2016, 2011
- TENORM Permit Modification — 2018
- Final Cap Surveying & Record Drawings — 2018
- Final Cap Construction CQA — 2018, 2013, 2011
- Cell Construction CQA — 2018, 2011
- Cell Construction Plans & Specifications — 2018, 2011
- Leachate Force Main to FSD — 2017
- Direct Connect Sewer Study — 2016
- Industrial User Permit Application — 2016
- Compliance Plan Updates — 2015
- GPP Update — 2013
- Gas System Construction CQA — 2013-2012, 2009
- Prepare KPDES Permit Application — 2013
- Assist with Budget Preparation — 2013-2011
- Annual Capacity Survey Report — 2012-2009
- Solid Waste Permit Renewal — 2009
- Methane Probe Relocation — 2009
- Semi-Annual Field Survey — 2009

**Rumpke (Pendleton County Landfill)**

- Environmental Water Monitoring — 2019-2009
- Cell Construction CQA — 2019, 2017-2014, 2012-2011
- Cell Construction Plans & Specifications — 2019
- Stockpile Surveying — 2018
- Gas System Surveying — 2018
- Horizontal Expansion – Design & Permitting — 2018
- Prepare 5 Year Plan — 2018
- Aerial Control Surveying — 2018
- Unit 1 West Slope Buttress Surveying — 2018
- Landfill Shop & Parking Lot Topo Surveying — 2017
- Unit 3, Cell 2 Slide Remediation — 2013

**Rumpke (Montgomery County Landfill)**

- Environmental Water Monitoring — 2019-2009
- West Borrow Area Erosion Control Plan — 2019
- Construction Surveying — 2018

KENVIRONS
Civil & Environmental Engineers

| | |
|---|---|
| • Prepare 5 Year Plan | 2018 |
| • Aerial Control Surveying | 2018 |
| • Borrow Area Study & Permit Modification | 2017 |
| • Cell Construction CQA | 2017, 2014, 2010 |
| • Pond 8 & Borrow Area Design | 2017 |

**River Cities Disposal (Big Run Landfill)**

| | |
|---|---|
| • Environmental Water Monitoring | 2012-2009 |
| • Odowatch Repair & Maintenance | 2018-2017 |
| • Stream Restoration Monitoring | 2014 |
| • Piezometer Abandonment | 2013 |
| • Wetland Construction Plans & Specifications | 2013 |
| • Cell Construction CQA | 2013-2010 |
| • Cell Construction Plans & Specifications | 2013-2010 |
| • Gas System Expansion | 2013 |
| • Gas System Survey | 2013 |
| • Truck Wash Pit Design | 2013 |
| • Mine Void Filling Plan | 2013 |
| • Annual Capacity Survey Report | 2013-2009 |
| • Stream Restoration CQA | 2012-2011 |
| • Stream Restoration Plans & Specifications | 2012-2011 |
| • Assist with Budget Preparation | 2012-2011 |
| • Fly Ash Testing | 2012 |
| • Grading & Drainage Plan for Rail Yard | 2012 |
| • Minor Permit Modification – Transfer Station | 2011 |
| • Phase 1 Site Assessment | 2011 |
| • Mine Void Study | 2010 |
| • Superfund Site Waste Characterization | 2010 |
| • Leachate/Ash Testing | 2010 |
| • RD-2 Investigation | 2009 |
| • SPCC Plan Update | 2009 |
| • Leachate Truck Pad Construction Drawings | 2009 |
| • Odor Monitoring | 2009 |
| • Air Permitting Assistance | 2009 |

**Waste Management – Various Facilities**

| | |
|---|---|
| • KPDES Permit Renewal | 2019 |
| • SPCC, SWP3 and GPP Updates | 2019 |
| • ERF Report | 2018 |
| • Update HMPC Drawings | 2018 |
| • Transfer Station SPCC Plan | 2012 |
| • SWPPP Update | 2012 |

KENVIRONS
Civil & Environmental Engineers

- Medical Waste Transfer Station Permit Assist 2011
- KPDES Review 2010
- SPCC Plan 2010
- Permit Renewal 2010

**Waste Connections – Various Facilities**

- Environmental Water Monitoring 2019-2009
- General Stormwater Permit Renewals (8 Sites) 2018
- Gas System Expansion 2018, 2016-2011
- Greenhouse Gas Monitoring 2018
- Landfill Gas Monitoring 2018
- Annual Capacity Survey Reports 2018-2012
- Surveying 2018, 2016-2015
- Compliance Plan Updates (9 Sites) 2017-2016
- Title V Permit Renewal 2017, 2012
- Cell Construction Plans & Specifications 2016, 2012, 2009
- KPDES Permit Renewal 2017
- SWP3 Inspection 2016
- Cell Construction CQA 2016, 2013-2012
- Horizontal Expansion Preliminary Design 2016
- Gas System CQA 2019, 2016
- Title V Compliance Reporting 2016
- Solid Waste Permit Renewal 2016, 2011
- SEN Scans 2016
- SWP3 Plan 2015
- Pond Construction Plans & Specifications 2015
- SPCC Plans (4 Sites) 2018-2017, 2015-2014, 2011
- NetDMR Reporting (12 Sites) 2014
- KPDES Permit Modification 2014
- Leachate Testing & Analysis (2 Sites) 2018, 2014
- General Stormwater Permit (8 Sites) 2013
- Minor Permit Modification (2 Sites) 2011

**Waste Services of the Bluegrass (Central Kentucky Landfill)**

- Environmental Water Monitoring 2019-2017
- Surveying 2019-2017
- Annual Capacity Survey Report 2019-2017
- Horizontal Expansion Technical Application 2019-2018
- Horizontal Expansion Admin Application 2018
- Cell Construction CQA 2018
- Cell Construction Plans & Specifications 2017
- Final Cap Plans & Specifications 2017

KENVIRONS
Civil & Environmental Engineers

- Final Cap CQA — 2017
- SEM Scans — 2019-2018
- Title V Reporting — 2019-2017
- Design Fill Configurations — 2018-2017
- Gas System Expansion Plans & Specifications — 2017
- KPDES Permit Renewal — 2017
- Solid Waste Permit Modification — 2017
- Solid Waste Renewal — 2017

**Logan County (Southern Waste)**

- Annual Capacity Survey Report — 2017-2009
- Final Cap Construction CQA — 2017-2016, 2014, 2012
- Final Cap Construction Plans & Specifications — 2016-2014, 2012-2011
- Solid Waste Permit Renewal — 2016, 2011
- SWP3 and GPP Updates — 2016, 2010
- Landfill Gas Migration Investigation — 2016
- Solid Waste Permit Modification — 2015
- Stream Crossing Design & Permitting — 2015
- Cell Construction CQA — 2012, 2009
- Cell Construction Plans & Specifications — 2012, 2009
- Borrow Area Study — 2012
- SPCC Updates — 2012, 2010
- Landfarm Testing & Surveying — 2012
- Minor Permit Modifications — 2012, 2010
- Force Main Design — 2011

**Waste Path Sanitary Landfill**

- Environmental Water Monitoring — 2019-2017
- Assist with Contract Mediation — 2017
- Horizontal Expansion Notice of Intent — 2017

**Advanced Disposal (Blue Ridge Landfill)**

- Construction Surveying — 2019
- Gas System Construction CQA — 2009

**Advanced Disposal (Morehead Landfill)**

- Annual Capacity Survey Report — 2012-2009
- Aerial Control Surveying — 2010
- Landfill Fire CQA & Reporting — 2009
- Gas System Construction CQA — 2009
- Industrial User Permit Renewal — 2009
- Waste Handling Permit Modification — 2009