PLAINTIFF'S EXHIBIT 4

ALL-STATE LEGAL®

# ORDER

## OF THE
## PIKE COUNTY FISCAL COURT

**October 7, 2025**

ORD. NO. 10.07.25.010

IN RE: APPROVAL TO ISSUE AN RFP TO SOLICIT PROPOSALS FOR A SOLID WASTE DISPOSAL SITE

Upon Motion by Judge/Executive Ray S. Jones, II and second by Commissioner Clinard "Bubby" Adkins, THE PIKE COUNTY FISCAL COURT HEREBY APPROVES the issuance of an RFP to solicit proposals for a Solid Waste disposal site to be privately constructed in Pike County.

VOTE WAS TAKEN AS FOLLOWS:

| | |
|---|---|
| Judge/Executive Ray S. Jones, II | Yes |
| Commissioner Ronald Scott | Yes |
| Commissioner Clinard "Bubby" Adkins | Yes |
| Commissioner Jerry F. Lewis | Yes |

MOTION PASSED BY UNANIMOUS ROLL CALL VOTE.

PIKE COUNTY FISCAL COURT BY AND THROUGH
JUDGE/EXECUTIVE RAY S. JONES, II

ATTEST:

Christina Damron

FISCAL COURT CLERK