PLAINTIFF'S EXHIBIT 5

**ORDER**
**OF THE**
**PIKE COUNTY FISCAL COURT**

**OCTOBER 21, 2025**

ORD. NO. 10.21.25.013

IN RE: APPROVAL TO ACCEPT PROPOSAL FROM USA WASTE AND RECYCLING INC. AND TO ENTER INTO NEGOTIATION OF PROPOSED HOST AGREEMENT

Upon Motion by Judge/Executive Ray S. Jones, II and second by Commissioner Clinard "Bubby" Adkins, THE PIKE COUNTY FISCAL COURT HEREBY APPROVES proposal from USA Waste and Recycling Inc. and FURTHER APPROVES the Judge/Executive to enter into the negotiation of a proposed Host Agreement with USA Waste and Recycling Inc. and the McBrayer Law Firm.

VOTE WAS TAKEN AS FOLLOWS:

| | |
|---|---|
| Judge/Executive Ray S. Jones, II | Yes |
| Commissioner Ronald Scott | Yes |
| Commissioner Clinard "Bubby" Adkins | Yes |
| Commissioner Jerry F. Lewis | Yes |

MOTION PASSED BY UNANIMOUS ROLL CALL VOTE.

PIKE COUNTY FISCAL COURT BY AND THROUGH
JUDGE/EXECUTIVE RAY S. JONES, II

ATTEST:

FISCAL COURT CLERK