ALL-STATE LEGAL
PLAINTIFF'S EXHIBIT
6

**ORDER**
**OF THE**
**PIKE COUNTY FISCAL COURT**

**JANUARY 29, 2026**

ORD. NO. 01.29.26.007

IN RE: APPROVAL FOR HOST COMMUJNITY AGREEMENT WITH USA WASTE AND RECYCLING, INC.

Upon motion by Judge/Executive Ray S. Jones, II and second by Commissioner Jerry F. Lewis, THE PIKE COUNTY FISCAL COURT HEREBY APPROVES Host Agreement with USA Waste and Recycling, Inc.

VOTE WAS TAKEN AS FOLLOWS:

| | |
|---|---|
| Judge/Executive Ray S. Jones, II | Yes |
| Commissioner Ronald Scott | Yes |
| Commissioner Clinard "Bubby" Adkins | Yes |
| Commissioner Jerry F. Lewis | Yes |

MOTION PASSED BY UNANIMOUS ROLL CALL VOTE.

Ray S Jones

PIKE COUNTY FISCAL COURT BY AND THROUGH
JUDGE/EXECUTIVE RAY S. JONES, II

ATTEST:

Christine Dawson

FISCAL COURT CLERK