PLAINTIFF'S EXHIBIT 7
ALL-STATE LEGAL



(Ref. Court Ord. No. 02.24.26.002)

MOTION PASSED BY UNANIMOUS ROLL CALL VOTE.

Judge Jones asked, what is the preference of the Commissioners with regard to tonight or next Tuesday night?

Commissioner Adkins responded by saying, I want to talk to everybody, next Tuesday night these jokers are suppose to be here, let's listen to them. We will vote [shouting from crowd], Commissioner Adkins continued, we will vote, listen, calm down, we will vote to do away with it next Tuesday night. There's a lot of legal stuff going on right now. Let them be heard, let us vote on it next Tuesday night and get rid of it.

A member of the crowd shouted, you ain't going to do nothing.

Commissioner Adkins continued, I'm giving you, I will do something, I come down here tonight not knowing the legalities of what we was doing. They will be here next Tuesday at 5:30. [crowd shouting] Commissioner Adkins said, no I don't care, I don't care, yuns are getting on my nerves now, I'm here to try to help you all [inaudible due to shouting from crowd] Commissioner Adkins continues, I am here to try to help you all.

Judge Jones then said, Freddie go ahead.

Commissioner Lewis stated, I'm just going to make a motion to rescind it Judge.

Commissioner Adkins said I'll second it.

[shouting and cheering from the crowd]

Upon Motion by Commissioner Jerry F. Lewis and second by Commissioner Clinard "Bubby" Adkins, THE PIKE COUNTY FISCAL COURT HEREBY APPROVES rescinding the Host Agreement with the subsidiary of USA Waste and Recycling.

(Ref. Court Order No. 02.24.26.003)

MOTION CARRIED.

Judge Jones then asked for department supervisor's comments, then asked if there was anything from the County Attorney's office, Deputy Judge/Executive and then the Treasurer.

With no further business to come before for the court, Judge Jones called on William Spears to say the benediction.

Upon Motion by Commissioner Ronald Scott and second by Commissioner Clinard "Bubby" Adkins, THE PIKE COUNTY FISCAL COURT HEREBY APPROVES adjournment.

(Ref. Court Order No. 02.24.26.004)

MOTION PASSED BY UNANIMOUS ROLL CALL VOTE.

PIKE COUNTY FISCAL COURT BY AND THROUGH
JUDGE/EXECUTIVE RAY S. JONES, II

ATTEST:

FISCAL COURT CLERK