ALL-STATE LEGAL®
PLAINTIFF'S EXHIBIT
8

**ORDER**
**OF THE**
**PIKE COUNTY FISCAL COURT**

**MARCH 3, 2026**

ORD. NO. 03.03.26.005

IN RE: APPROVAL TO RESCIND HOST COMMUNITY AGREEMENT BETWEEN PIKE COUNTY AND USA WASTE AND RECYCLING / AMERICAN LAND RESERVE, LLC

---

Upon motion by Commissioner Clinard "Bubby" Adkins and second by Commissioner Ronald Scott and Commissioner Jerry F. Lewis, THE PIKE COUNTY FISCAL COURT HEREBY APPROVES rescinding the Host Community Agreement between Pike County and USA Waste and Recycling / American Land Reserve, LLC and FURTHER APPROVES to send a notification letter to USA Waste and Recycling/American Land Reserve, LLC.

VOTE WAS TAKEN AS FOLLOWS:

| | |
|---|---|
| Judge/Executive Ray S. Jones, II | Yes |
| Commissioner Ronald Scott | Yes |
| Commissioner Clinard "Bubby" Adkins | Yes |
| Commissioner Jerry F. Lewis | Yes |

MOTION PASSED BY UNANIMOUS ROLL CALL VOTE.

PIKE COUNTY FISCAL COURT BY AND THROUGH
JUDGE/EXECUTIVE RAY S. JONES, II

ATTEST:

FISCAL COURT CLERK